IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ABC BUSINESS FORMS, INC., | |
| Plaintiff, | |
| v. | Case No. 09 CV 3222<br>Judge Guzman |
| PRIMADOR, INC. d/b/a MEDIA PLUS and JOHN DOES 1-10, | |
| Defendants. | |

## DEFENDANT'S MOTION FOR LEAVE TO FILE ITS RESPONSE TO PLAINTIFF'S MOTION TO STRIKE

NOW COMES Defendant, Primador Toronto, Inc., incorrectly sued herein as "Primador, Inc. d/b/a/ Media Plus" (hereinafter referred to as "Primador") by and through its attorneys, Eric L. Samore, Molly A. Arranz and Erin A. Walsh of SmithAmundsen LLC, and for its Motion for Leave to file, states as follows:

Defendant seeks leave to file its Response to Plaintiff's Motion to Strike, *instanter*. (Def.'s Resp., attached hereto as **Exhibit A**.) Due to the press of other business and personal matters and clerical error, Defendant's counsel was unable to file an Response to Plaintiff's Motion to Strike. This is the reason for Defendant's "excusable neglect" under Rule 6(b) as to why Defendant has not yet filed its Response.

Plaintiff has no objection to this motion and, moreover, will not be prejudiced by the filing of Defendant's Response.

WHEREFORE, Defendant, Toronto, Inc., incorrectly sued herein as "Primador, Inc. d/b/a/ Media Plus.," prays that this Honorable Court grant its Motion for Leave to File its Response to Plaintiff's Motion to Strike, and for such other relief as this Honorable Court deems just and proper.

Respectfully Submitted,

By: _____
Attorney for Defendant,

Eric L. Samore, ARDC # 6181345
Molly A. Arranz, ARDC # 6281122
Erin A. Walsh, ARDC # 6291003
SMITHAMUNDSEN, LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
Phone: (312) 894-3200
Fax:    (312) 894-3210

.